ARMED SERVICES BOARD OF CONTRACT APPEALS

Application Under the Equal Access )
  to Justice Act of -- )
                                       )
ADT Construction Group, Inc. by )     ASBCA No. 55307
  Timothy S. Cory, Chapter 7 Trustee )
                                         )
Under Contract No. DACA09-03-C-0009 )

APPEARANCES FOR THE APPELLANT:     John W. Ralls, Esq.
                                              W. Samuel Niece, Esq.
                                              Ralls, Gruber & Niece LLP
                                                  San Mateo, CA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                              Engineer Chief Trial Attorney
                                            John F. Bazan, Esq.
                                            Gilbert H. Chong, Esq.
                                            Engineer Trial Attorneys
                                            U.S. Army Engineer District, Los Angeles

## DISMISSAL BY ADMINISTRATIVE JUDGE SHACKLEFORD

    The parties have resolved the captioned application under the Equal Access to Justice Act. Accordingly, the application is dismissed with prejudice.

    Dated: 8 February 2016

                                          RICHARD SHACKLEFORD
                                        Administrative Judge
                                        Armed Services Board
                                        of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 55307, Appeal of ADT Construction Group, Inc. by Timothy S. Cory, Chapter 7 Trustee, rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals